1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON JOSEPH BARNER<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-00264-BAK-GSA<br><br>**ORDER ADVISING PARTIES OF**<br>**NEW SCHEDULING OBLIGATIONS** |

On March 4, 2022, Plaintiff filed a stipulation for a 30-day extension of time to file his confidential letter briefing pursuant to the old scheduling order, which provided for a 30-day extension upon stipulation without leave of court.

The parties are advised that the revised scheduling order issued on February 3, 2022 vacated the old scheduling order, eliminated the confidential letter briefing requirement, and set a 45-day deadline on the motion for summary judgment, making the deadline March 21, 2022. *See* Docs. 13-14.

The revised scheduling order indicates that extensions will be granted only for cause. Doc. 14 at 2. Extensions sought on the filing deadline will be looked upon with disfavor. *Id.* (citing Local Rule 144(d).

IT IS SO ORDERED.

Dated:   **March 7, 2022**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE